UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| Ferrari 288 GTO LLC, | § § § § | |
| Plaintiff, | § | |
| v. | § | Court No.: 26-00671 |
| UNITED STATES, | § § § | |
| Defendant. | § § | |

**COMPLAINT**

Plaintiff, Ferrari 288 GTO LLC, appears by its attorneys, George R. Tuttle A PC, and alleges as follows:

**CAUSE OF ACTION**

1. Plaintiff, Ferrari 288 GTO LLC, brings this action to contest the denial of its protest against the classification and rate of duty assessed, in liquidation, of certain merchandise imported into the United States.

**SUBJECT MATTER JURISDICTION AND STANDING**

2. This Court has exclusive subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1581(a).

3. As the importer of record and the party filing the protest, Plaintiff has standing under 28 U.S.C. § 2631(a) to bring this action.

4. The protest contesting the assessment of duties at liquidation was timely filed on May 30, 2024.

5. The protest was denied by CBP on January 6, 2026.

4935-8947-4696

*Ferrari 288 GTO LLC. v. United States (Court No. 26-00671)*
*Complaint*

    6.    The Summons was timely filed, and all liquidated duties have been paid.

    7.    At liquidation, the subject merchandise was classified by Customs and Border Protection (CBP) under HTSUS Subheading 8703.23.0190, which provides for "Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: Other vehicles, with only spark-ignition internal combustion piston engines: Of a cylinder capacity exceeding 3,000 cc: Other: Used," at a duty rate of 2.5% *ad valorem*.

    8.    Plaintiff claims that the subject merchandise is properly classifiable under HTSUS Subheading 9705.10.0090 as "Collections and collectors' pieces of … historical … interest: Collections and collectors' pieces of … historical interest: Other," duty free.

### Counts 9 through 24

Counts 1-8 are incorporated by reference:

    9.    The merchandise at issue is one 1985 Ferrari 288 GTO bearing VIN/Chassis Number ZFFPA16B000057495.

    10.    This 1985 Ferrari 288 GTO was entered under Customs Entry E6G-0623301-4 dated October 17, 2023.

    11.    Entry E6G-0623301-4 was liquidated on February 9, 2024.

    12.    Plaintiff contested the classification and rate of duties assessed on liquidation under Protest No. 4701-24-102925.

    13.    This Ferrari 288 GTO, with VIN/Chassis Number ZFFPA16B000057495, is identified in the publication "**The Book of the Ferrari 288 GTO**," by Joe Sackey, Veloce Publishing Company, Corset, England, (2023).

14. The 1985 Ferrari 288 GTO, VIN/Chassis Number ZFFPA16B000057495, is a limited edition homologation[1] race car originally conceived and built to compete in Europe in the Féderation International de l'Automobile's (the FIA) World Endurance Championships (WEC) in the Group B Circuit Race category, which, following a series of bad accidents and driver deaths, was canceled before it started.

15. This particular 1985 Ferrari 288 GTO is unique from other Ferrari 288 GTOs because it was one of six 288 GTOs Ferrari built exclusively, and legally, for driving in the United States. This was done so as a means to promote the cars' importance to FIA (Fédération Internationale de l'Automobile) and Group B racing to auto racing enthusiasts in the United States.

16. This particular Ferrari 288 GTO was specifically built for International Motor Sports Association's ("IMSA") well known racecar driver, Ed Wettach, who owned "Ferrari Maserati of Atlanta."

17. Following the collapse of Group B racing, this Ferrari 288 GTO, VIN/Chassis Number ZFFPA16B000057495, was utilized as a parade car for the opening of the Road Atlanta IMSA race in 1987.

18. Around 1994, this Ferrari 288 GTO was displayed at the prestigious Tom Hartley Showroom in England as the lowest mileage preservation example in the world (with just 156 km from new), honoring its heritage and significance in automotive history.

---

[1] In motorsport, homologation is a testing and certification process for vehicles for conformance to technical standards. It ensures items like cars meet safety, environmental, and technical requirements set by bodies like the FIA or national agencies, requiring extensive testing and documentation to prove conformity.

*Ferrari 288 GTO LLC. v. United States (Court No. 26-00671)*
*Complaint*

19. In 2005, this Ferrari 288 GTO was included in the prestigious Goodwood Festival of Speed located in Goodwood House, West Sussex, England, which is an annual motorsports festival featuring modern and historic motor racing vehicles taking part in a hill climb and other events.

20. From 2009-2013, this Ferrari 288 GTO was briefly part of a private collection.

21. Ferrari 288 GTO, VIN/Chassis Number ZFFPA16B000057495, was returned to the Tom Hartley Showroom in 2013 and recognized as one of the most important examples of the FIA Group Homologation cars.

22. It was subsequently purchased by Tawfeeq Ahmed Mansoor Al A'Ali and joined the esteemed Royal Family Collection in Bahrain as part of the family's royal museum.

23. The Bahrain Royal Family owns an extensive and diverse car collection, known for its rare hypercars, especially McLarens (F1, Senna, Speedtail), Paganis (Zonda, Huayra), Ferraris (250 GT, 288 GTO), and unique models like the GMA T.50, Morgan AeroMax, and custom Singers, often displayed at events like the Royal Bahrain Concours, showcasing both modern automotive art and classic treasures, with a particular passion for high-performance and limited-edition vehicles.

24. In 2023, it was purchased from Tawfeeq Ahmed Mansoor Al A'Ali by Ferrari 288 GTO LLC.

WHEREFORE, Plaintiff respectfully requests this Court to order Defendant to reliquidate the subject merchandise under Subheading 9705.10.0090, as "collectors' pieces of historical

*Ferrari 288 GTO LLC. v. United States (Court No. 26-00671)*
*Complaint*

interest," duty free, within 30 days of this judgment becoming final, with interest, as provided by law, and for such other and further relief as the Court deems just.

Dated:  January 14, 2026

                                                      Respectfully Submitted,

                                                      /s/George R. Tuttle, III
                                                      George R. Tuttle, III
                                                      Law Office of George R. Tuttle, A PC
                                                      3950 Civic Center Drive, Suite 102
                                                      San Rafael, CA 94903
                                                      (415) 986-8780
                                                      Email: geo@tuttlelaw.com
                                                      Attorney for Plaintiff Ferrari 288 GTO LLC